# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1570

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Michael E. McCarthy, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: February 16, 2007
Filed: February 22, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Michael McCarthy appeals the district court's[1] order denying his motion under 18 U.S.C. § 3600 for DNA testing. Because we agree with the district court that McCarthy was not entitled to have DNA samples retested under the language of 18 U.S.C. § 3600(a)(3)(A) ("specific evidence to be tested . . . was not previously subjected to DNA testing"), we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.